BENJAMIN WRIGHT, as Receiver, Appellant, *v.* MARY A. NOS-
TRAND, Impleaded, etc., Respondent.

(Argued December 7, 1886 ; decided December 17, 1886.)

*Erwin J. Spink* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Final Accounting of JOSEPH B. SPENCER,
Testamentary Trustee, etc., Appellant.

(Argued December 7, 1886; decided December 17, 1886.)

*Nathaniel C. Moak* for appellant.

*William R. Woodin* for respondents.

Agree to affirm; no opinion.
Judgment affirmed.